IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. 18-CR-2032-LRR |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S SENTENCING MEMORANDUM |
| JOSH HARRY ISLER, | |
| Defendant. | |

COMES NOW the Defendant, Josh Harry Isler, by and through his undersigned attorney, and in support of his Sentencing Memorandum states to the Court as follows:

### I. WITNESSES

The Defendant does not anticipate having any witnesses testify at sentencing.

### II. EXHIBITS

Defendant will file by a separate document, Defendant's Sentencing Exhibits.

### III. SENTENCING ISSUES

Defendant has no objection to the current Criminal History Category of I and the current Advisory Guideline Range of 0 months to 6 months. See, P.S.I.R ¶ 176.

However, it is the Defendant's understanding that the Government will file a Motion for Upward Departure and/or Motion for Upward Variance based upon the concepts of actual loss and/or intended loss.

Defendant will file a Resistance to any Motion for Upward Departure and/or Upward Variance, if filed by the Government, within 7 days after the Motion is served. See, L.Cr.R. 47.

CERTIFICATE OF SERVICE
I hereby certify that on January 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Assistant U.S. Attorney Rich Murphy

/s/ Alfred E. Willett
ALFRED E. WILLETT  LI0008215
E-mail: awillett@elderkinpirnie.com
ELDERKIN & PIRNIE, P.L.C.
ATTORNEY AT LAW
316 Second Street SE, Suite 124
P.O. Box 1968
Cedar Rapids IA 52406-1968
Telephone: (319) 362-2137
Facsimile: (319) 362-1640
ATTORNEY FOR DEFENDANT,
JOSH HARRY ISLER

Copies to: Senior U.S. Probation Officer Angie Myhlhousen
Josh Isler